UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re: Motion to Compel Compliance with Subpoena Directed to Non-Party National Republican Redistricting Trust**<br><br>Underlying Case in the District Court for the District of South Carolina:<br><br>THE SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, and<br><br>TAIWAN SCOTT, on behalf of himself and all other similarly situated persons,<br><br>      Plaintiffs,<br><br>  v.<br><br>THOMAS C. ALEXANDER, in his official capacity as President of the Senate; LUKE A. RANKIN, in his official capacity as Chairman of the Senate Judiciary Committee; JAMES H. LUCAS, in his official capacity as Speaker of the House of Representatives; CHRIS MURPHY, in his official capacity as Chairman of the House of Representatives Judiciary Committee; WALLACE H. JORDAN, in his official capacity as Chairman of the House of Representatives Elections Law Subcommittee; HOWARD KNAPP, in his official capacity as interim Executive Director of the South Carolina State Election Commission; JOHN WELLS, Chair, JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission,<br><br>      Defendants. | Misc. Action No. _____<br><br>Case: 1:22−mc−00069<br>Assigned To : Boasberg, James E.<br>Assign. Date : 7/19/2022<br>Description: Misc. (O−DECK)<br><br>D.S.C. Case No. 3-21-cv-03302-JMC-TJH-RMG<br><br>**MOVANTS' EXPEDITED MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO NON-PARTY THE NATIONAL REPUBLICAN REDISTRICTING TRUST** |

The South Carolina State Conference of the National Association for the Advancement of Colored People ("SC NAACP") and Mr. Taiwan Scott (collectively, "Movants"), by counsel and pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), hereby move this Court for an order compelling non-party National Republican Redistricting Trust ("NRRT") to comply with a subpoena *duces tecum* served by Movants on May 26, 2022, in connection with an action pending in the United States District Court for the District of South Carolina, *The S.C. Conf. for the NAACP v. Alexander*, No. 3-21-cv-03302-JMC-TJH-RMG, by producing a subset of documents that are responsive to the subpoena. An expediated ruling on this motion is warranted as the discovery completion date, set for August 12, 2022, is fast approaching as is the case's September 27, 2022 trial. Every day NRRT fails to produce documents responsive to Movants' subpoena prejudices Movants because it prevents them from reviewing pertinent evidence that could be used to make its case-in-chief for their constitutional claims. In support of their motion, Movants rely on the Memorandum in Support and the Proposed Order filed herewith.

Despite extended good-faith efforts to resolve this dispute without the Court's intervention, NRRT has failed to comply with the Subpoena and has flatly refused to produce documents it acknowledges it has in its possession that are relevant to the underlying dispute. As explained more fully in the attached Memorandum in Support, Movants respectfully request that this Court compel NRRT to promptly comply with the Subpoena. A Proposed Order granting the motion is attached.

**WHEREFORE**, Movants respectfully request that this Court enter an Order compelling NRRT to produce documents requested in their May 26 subpoena.

Dated: July 19, 2022

Antonio L. Ingram II
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St, Ste. 600
Washington, D.C. 20005
Tel.: (202) 682-1300
aingram@naacpldf.org

Respectfully submitted,

/s/ *[signature]*
_____
John A. Freedman, DC Bar 453-075
Elisabeth S. Theodore, DC Bar 1021029
Gina M. Colarusso, DC Bar 1045317
John M. Hindley, DC Bar 1720648
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
john.freedman@arnoldporter.com

Somil B. Trivedi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, DC 20005
Tel.: (202) 457-0800
strivedi@aclu.org

*Counsel for Movants the South Carolina Conference of the NAACP and Taiwan Scott*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, a true and correct copy of the foregoing was served on counsel for NRRT by electronic mail and overnight mail and Counsel of Record in *S.C. State Conference of the NAACP v. Alexander*, D.S.C. No. 3-21-cv-3302 by electronic mail.

John A. Freedman